1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                  SOUTHERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,    )  Case No. 11CR0386-L
                                 )
9                  Plaintiff,    )
                                 )
10      v.                       )  JUDGMENT AND ORDER OF
                                 )  DISMISSAL OF INFORMATION,
11  RANDY JOSEPH SANCHEZ,        )  EXONERATE THE BOND, AND
                                 )  PASSPORT BE RELEASED
12                 Defendant.    )  BY PRETRIAL IF HELD
    _____)
13

14      Upon  oral  motion  of  the  UNITED  STATES  OF  AMERICA  on

15  January 25, 2012 and good cause appearing,

16      IT IS HEREBY ORDERED that the information in the above entitled

17  case be dismissed with prejudice, the bond be exonerated, and passport

18  released by Pretrial if held.

19      IT IS SO ORDERED.

20      DATED: 6/12/2012          .

21                                     BARBARA L. MAJOR
                                       U.S. Magistrate Judge
22

23

24

25

26

27

28